## S99H0052. HAMM v. JOHNSON.

### ORDER OF COURT.
(514 SE2d 822)

Upon consideration of the Application for Certificate of Probable Cause to appeal the denial of habeas corpus, it is ordered that it be hereby denied.

*All the Justices concur, except Carley and Hines, JJ., who dissent.*

CARLEY, Justice, dissenting.

I dissent from the denial of this habeas corpus matter on the merits because petitioner did not "file a written application for a certificate of probable cause to appeal with the clerk of the Supreme Court within 30 days from the entry of the order denying him relief," as required by OCGA § 9-14-52 (b). Accordingly, I would dismiss.

I am authorized to state that Justice Hines joins in this dissent.

DECIDED FEBRUARY 26, 1999.

George Hamm, *pro se.*

*Thurbert E. Baker, Attorney General, Neal B. Childers, Senior Assistant Attorney General,* for appellee.